[No. 56342-4-I.  Division One.  August 14, 2006.]

JAY FARRELL, *Respondent*, v. THE CITY OF SEATTLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-12648-7, Jim Rogers, J., entered June 1, 2005. *Affirmed in part* and *reversed in part* by unpublished opinion per Appelwick, C.J., concurred in by Baker and Agid, JJ.

[No. 56470-6-I.  Division One.  August 14, 2006.]

RICHARD ANDERSON, *Appellant*, v. KAISER GYPSUM COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-28229-4, Sharon S. Armstrong, J., entered October 18, 2004, and April 1, May 19, and June 10, 2005. *Affirmed* by unpublished opinion per Baker, J., concurred in by Appelwick, C.J., and Agid, J.

[No. 56612-1-I.  Division One.  August 14, 2006.]

DONALD ROBERT BURRILL, *Appellant*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-07256-7, Jay V. White, J., entered July 6, 2004, and May 27 and July 11, 2005. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Dwyer, JJ.

[No. 56627-0-I.  Division One.  August 14, 2006.]

MARCIA FAIRBROOK, *Appellant*, v. METROPOLITAN KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-07852-6, Linda C. Krese, J., entered June 30, 2005. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, A.C.J., and Grosse, J.